Nos. 906 and 907. UNITED STATES RUBBER CO. v. FIRESTONE TIRE & RUBBER CO. May 25, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Merrell E. Clark* and *E. Clarkson Seward* for petitioner. *Messrs. A. L. Ely, Arthur C. Denison,* and *Frank O. Richey* for respondent.

No. 935. UEBERSEE FINANZ-KORPORATION AKTIEN GESELLSCHAFT v. ROSEN ET AL. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John W. Davis, Isidor J. Kresel,* and *Bernard Hershkopf* for petitioner. *Messrs. Alex. B. Siegel, Walter S. Logan,* and *Dean G. Acheson* for respondents.

No. 936. HILLSBOROUGH COUNTY v. EQUITABLE LIFE INSURANCE CO.;

No. 937. SAME v. KEEFE;

No. 938. SAME v. BUCK; and

No. 939. SAME v. EQUITABLE LIFE INSURANCE CO. May 25, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. Sutton* for petitioner. *Mr. F. P. Fleming* for respondents.

No. 942. NOXON CHEMICAL PRODUCTS CO., INC. v. UNGER ET AL. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George H. Rosenstein* for petitioner. *Mr. George S. Silzer* for respondents.